November 4, 2005

Mr. J. David Brown
Winstead Sechrest & Minick P.C.
1201 Elm Street, Suite 5400
Dallas, TX 75270-2199

Mr. John P. Venzke
The Venzke Law Firm, L.L.P.
4200 Montrose Boulevard, Suite 480
Houston, TX 77006

RE: Case Number: 04-0829
 Court of Appeals Number: 13-02-00622-CV
 Trial Court Number: 02-2651-F

Style: COMMONWEALTH GENERAL CORPORATION
 v.
 WILLIAM E. YORK AS INDEPENDENT EXECUTOR OF THE ESTATE OF MARGUERITE
 YORK, DECEASED, AND JAMES ROBERSON

Dear Counsel:

 Today, the Supreme Court of Texas granted the petition for review
without hearing oral argument and delivered the enclosed per curiam opinion
and judgment, in the above-referenced cause.

 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Gena Pelham, Deputy Clerk
Enclosures

|cc:|Ms. Cathy |
| |Wilborn |
| |Ms. Patsy Perez|